450 A.2d 1053

Commonwealth v. Still, Jr., Appellant.

■ Argued February 22, 1982. *Frank J. Marcone,* submitted a brief on behalf of appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.